**VENTURE INDUSTRIES CORPORATION, Vemco, Inc., Patent Holding Company, and Larry J. Winget, Plaintiffs–Appellees,**

v.

**AUTOLIV ASP, INC. (successor to Morton International, Inc.),**
Defendant–Appellant.

No. 2007–1118.

United States Court of Appeals,
Federal Circuit.

July 11, 2007.

John E. Anding, Drew, Cooper & Anding, of Grand Rapids, MI, argued for plaintiffs-appellees. With him on the brief was Thomas V. Hubbard.

Peter E. Greene, Skadden, Arps, Slate, Meagher & Flom LLP, of New York, NY, argued for defendant-appellant. With him on the brief was Cyrus Amir–Mokri.

Before LINN, and PROST, Circuit Judges, CLEVENGER, Senior Circuit Judge.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.